A06A0511. McCONNELL et al. v. WRIGHT et al.
(647 SE2d 81)

BERNES, Judge.

In *McConnell v. Wright*, 281 Ga. 868 (644 SE2d 111) (2007), the Supreme Court of Georgia reversed our previous decision in this case. See *McConnell v. Wright*, 280 Ga. App. 546 (634 SE2d 495) (2006). Accordingly, our prior judgment is vacated, the judgment of the Supreme Court is made the judgment of this Court, and the judgment of the trial court is reversed.

*Judgment reversed and case remanded. Barnes, C. J., Andrews, P. J., Johnson, P. J., Blackburn, P. J., Miller and Ellington, JJ., concur.*

DECIDED MAY 22, 2007.

*Conoscienti & Kendall, Joseph A. Conoscienti, Michael C. Kendall, Maureen E. Murphy*, for appellants.

*Harper, Waldon & Craig, Russell D. Waldon, Kimberly A. McNamara, Kilpatrick Stockton, Jason Wenker, Wayne C. Wilson*, for appellees.